22cr180 JNE/TNL

UNITED STATES DISTRICT COURT
District of Minnesota

| UNITED STATES OF AMERICA, | **INDICTMENT** |
|---|---|
| Plaintiff, | 18 U.S.C. § 922(g)(1) |
|  | 18 U.S.C. § 924(a)(2) |
| v. | 18 U.S.C. § 924(d)(1) |
|  | 28 U.S.C. 2461(c) |
| ANTHONY LEE HITCHCOCK, |  |
| Defendant. |  |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Felon in Possession of a Firearm)

On or about May 4, 2022, in the State and District of Minnesota, the defendant,

**ANTHONY LEE HITCHCOCK,**

having been convicted of the following crimes, each of which was punishable by a term of imprisonment exceeding one year:

| Crime | Date of Conviction (on or about) | Place of Conviction |
|---|---|---|
| Aggravated Assault with a Deadly Weapon | 7/25/2005 | Houston County, TX |
| Burglary 1st Degree – Assault | 12/8/2014 | Hennepin County, MN |
| Burglary 1st Degree | 11/5/2019 | Hennepin County, MN |

and knowing he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate and foreign commerce, a firearm, to wit, a 9mm Walther semi-automatic pistol, model PPQ, with serial number FAM6662, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

SCANNED
AUG 10 2022
U.S. DISTRICT COURT MPLS

United States v. Anthony Lee Hitchcock

## FORFEITURE ALLEGATION

If convicted of Count 1 of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms, ammunition, and accessories involved in, connected with, or used in the commission of such Count, including but not limited to a 9mm Walther semi-automatic pistol, model PPQ, with serial number FAM6662 and any ammunition and accessories seized therewith.

A TRUE BILL

_____   _____

UNITED STATES ATTORNEY         FOREPERSON