IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL | |
| | ) | BEFORE: BECKY R. THORSON | |
| Plaintiff, | ) | U.S. Magistrate Judge | |
| | ) | | |
| v. | ) | Case No: | 22-cr-180 JNE/TNL |
| | ) | Date: | August 18, 2022 |
| Anthony Lee Hitchcock, | ) | Courthouse: | St. Paul |
| | ) | Courtroom: | 3C |
| Defendant, | ) | Time Commenced: | 1:34 p.m. |
| | ) | Time Concluded: | 1:41 p.m. |
| | | Time in Court: | 7 minutes |

APPEARANCES:

Plaintiff: Katharine Buzicky, Assistant U.S. Attorney
Defendant: Robert Meyers, Assistant Federal Public Defender
         X FPD          X To be appointed

Date Charges Filed: 8/10/2022          Offense: felon in possession of a firearm

X Advised of Rights

on    X Indictment

X Government moves for detention.
Motion is X granted, temporary detention ordered

Next appearance date is August 22, 2022 at 9:30 a.m. before U.S. Magistrate Judge Becky R. Thorson in CR3C, St. Paul for:
   X Detention hrg        X Arraignment hrg

X Government moves to unseal the case.        X Granted

Additional Information:
X Oral Rule5(f) Brady notice read on the record.

                                                                  s/SAE
                                                    Signature of Courtroom Deputy