UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-180(1) (JNE/TNL

United States of America,

          Plaintiff,

v.                                                    **ORDER FOR APPOINTMENT OF COUNSEL**

Anthony Lee Hitchcock,

          Defendant.

The Court has determined that the defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned.

IT IS HEREBY ORDERED that George Dunn, Attorney ID 188165, is appointed as counsel pursuant to 18 U.S.C. § 3006A.

Dated:  August 19, 2022                    *s/Becky R. Thorson*
                                                     Honorable Becky R. Thorson
                                                     United States Magistrate Judge