UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-CR-180(JNE/TNL)

UNITED STATES OF AMERICA,

    Plaintiff,

v.          **NOTICE OF ADDING AN ATTORNEY**

ANTHONY LEE HITCHCOCK,

    Defendant.

Please add the following Assistant United States Attorney to the above-captioned case:

<u>Add AUSA</u>

Tom Calhoun-Lopez

Dated: September 29, 2022         Respectfully submitted,

        ANDREW M. LUGER
        United States Attorney

        *s/ Thomas Calhoun-Lopez*

        BY:  THOMAS CALHOUN-LOPEZ
        Assistant U.S. Attorney
        Attorney ID No. 480908DC