UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

               Plaintiff,

v.                                                          Criminal File No. 22-CR-180 (JNE/TNL)

ANTHONY LEE HITCHCOCK,

               Defendant.

## DEFENDANT ANTHONY LEE HITCHCOCK'S NOTICE OF INTENT TO CALL WITNESSES AT PRETRIAL MOTIONS HEARING

Defendant Anthony Lee Hitchcock, by and through his attorney, George R. Dunn, in accord with D. Minn. Local Rule 12.1(c)(3)(A), hereby submits its notice of intent to call witnesses at the motions hearing in the above-captioned matter currently set for October 27, 2022:

| Number of Witnesses Intended to be Called | 1 |
|---|---|
| Motion(s) to be Addressed | Defendant Anthony Lee Hitchcock's Motion to Suppress Searches and Seizures (ECF 19) |
| Estimated Duration of Testimony | 30 minutes |

Dated:  October 20, 2022

Respectfully submitted,
TILTON DUNN GROSS P.L.L.P.
s/ George R. Dunn
George R. Dunn (#188165)
Attorneys for Defendant
Anthony Lee Hitchcock
2220 US Bank Center
101 East Fifth Street
Saint Paul, Minnesota 55101
Telephone:  (651) 224-7687
Facsimile:  (651) 224-0239
Email: george@tiltonanddunn.com